# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAMELA L. JAMESON & GEORGE M. JAMESON  Case Number: 07-72323
950 E. RIVERSIDE BLVD.  SSN-xxx-xx-5880 & xxx-xx-8404
LOVES PARK, IL  61111

Case filed on:  9/27/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $10,391.88         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHRYSLER HOURLY EMPLOYEES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ATTORNEY MARIO J. TARARA | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BANK ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CONSUMER CREDIT COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PAMELA L. JAMESON | 0.00 | 0.00 | 2,492.28 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,492.28 | 0.00 |
| 001 | AMCORE BANK NA | 21,800.80 | 21,800.80 | 2,023.14 | 569.21 |
| 002 | AMCORE BANK NA | 25,520.84 | 25,520.84 | 2,171.99 | 806.48 |
| 004 | KEYBANK NATIONAL ASSOCIATION | 39,006.30 | 0.00 | 0.00 | 0.00 |
| 005 | SUNTRUST MORTGAGE, INC. | 79,994.21 | 0.00 | 0.00 | 0.00 |
| 007 | WELLS FARGO AUTO FINANCE | 8,000.00 | 8,000.00 | 865.10 | 265.31 |
| 035 | WELLS FARGO FINANCIAL | 5,350.00 | 5,350.00 | 506.10 | 178.80 |
|  | Total Secured | 179,672.15 | 60,671.64 | 5,566.33 | 1,819.80 |
| 006 | WACHOVIA DEALER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | WELLS FARGO AUTO FINANCE | 1,643.15 | 1,643.15 | 0.00 | 0.00 |
| 008 | ASPIRE | 0.00 | 4,277.49 | 0.00 | 0.00 |
| 010 | FIA CARD SERVICES aka BANK OF AMERICA | 3,756.67 | 3,756.67 | 0.00 | 0.00 |
| 011 | FIA CARD SERVICES aka BANK OF AMERICA | 2,601.06 | 2,601.06 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 23,736.50 | 23,736.50 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 610.66 | 610.66 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 838.12 | 838.12 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 2,527.88 | 2,527.88 | 0.00 | 0.00 |
| 017 | CASH CALL | 0.00 | 5,075.00 | 0.00 | 0.00 |
| 018 | CB & T | 0.00 | 4,706.00 | 0.00 | 0.00 |
| 019 | CITIFINANCIAL | 20,219.48 | 20,219.48 | 0.00 | 0.00 |
| 021 | DFS SERVICES LLC | 7,350.54 | 7,350.54 | 0.00 | 0.00 |
| 022 | GE CONSUMER FINANCE | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 5,445.48 | 5,445.48 | 0.00 | 0.00 |
| 024 | HSBC BANK N/A | 1,056.23 | 1,056.23 | 0.00 | 0.00 |
| 025 | TSYS TOTAL DEBT MANAGEMENT | 229.93 | 229.93 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 1,128.79 | 1,128.79 | 0.00 | 0.00 |
| 027 | WELLS FARGO FINANCIAL | 8,183.98 | 8,183.98 | 0.00 | 0.00 |
| 028 | TARGET NATIONAL BANK | 444.23 | 444.23 | 0.00 | 0.00 |
| 029 | TARGET NATIONAL BANK | 1,100.07 | 1,100.07 | 0.00 | 0.00 |
| 030 | WASHINGTON MUTUAL CARD SERVICES | 0.00 | 1,511.85 | 0.00 | 0.00 |
| 031 | WASHINGTON MUTUAL CARD SERVICES | 0.00 | 10,564.59 | 0.00 | 0.00 |
| 032 | WELLS FARGO FINANCIAL | 4,987.88 | 4,987.88 | 0.00 | 0.00 |
| 033 | WELLS FARGO FINANCIAL NATIONAL BANK | 0.00 | 8,732.32 | 0.00 | 0.00 |
| 034 | WELLS FARGO FINANCIAL | 1,991.92 | 1,991.92 | 0.00 | 0.00 |
| 036 | COMED CO | 946.42 | 946.42 | 0.00 | 0.00 |
| 037 | AAA COMMUNITY FINANCE | 1,687.61 | 1,687.61 | 0.00 | 0.00 |
|  | Total Unsecured | 91,986.60 | 126,853.85 | 0.00 | 0.00 |
|  | Grand Total: | 271,658.75 | 187,525.49 | 8,058.61 | 1,819.80 |

Total Paid Claimant:     $9,878.41
Trustee Allowance:         $513.47
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008              By  /s/Heather M. Fagan